EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| | |
|---|---|
| Andrés Sierra Quiñónes y Antonia Dávila Torres<br><br>   Peticionaria<br><br>   v.<br><br>Nilda Rodríguez Luciano<br><br>   Recurrida | Certiorari<br><br>2005 TSPR 119<br><br>165 DPR \_\_\_\_ |

Número del Caso: CC-2001-949

Fecha: 30 de agosto de 2005

Tribunal de Circuito de Apelaciones:

Circuito Regional IV

Panel integrado por su Presidenta, la Juez López Vilanova, el Juez Córdova Arone y la Juez Feliciano Acevedo

Abogados de la Parte Peticionaria:

Lcdo. Jorge L. Aquino Nuñez
Lcda. Ruth E. Aquino García

Abogado de la Parte Recurrida:

Lcdo. Gabriel García Maya

Materia: División de Comunidad

Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

Andrés Sierra Quiñones y
Antonia Dávila Torres

        Peticionarios

          v.

  Nilda Rodríguez Luciano

        Recurrida                 CC-2001-949  Certiorari


**RESOLUCIÓN NUNC PRO TUNC**

En San Juan, Puerto Rico, a 30 de agosto de 2005.

Se enmienda Nunc Pro Tunc la Opinión Per Curiam de 14 de febrero de 2005, a los fines de sustituir, en la página 17, cuarta línea, la palabra "administración" por "enajenación".

Lo acordó el Tribunal y certifica la Secretaria del Tribunal Supremo.


                   Aida Ileana Oquendo Graulau
                   Secretaria del Tribunal Supremo